### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**RAYSHON DARDEN**                                                         **PLAINTIFF**

**v.**                                                    **Cause No. 4:11-CV-59-CWR-FKB**

**DERELLE GRADY; GEO GROUP,**
**INC.; and FELIX HARRIS**                                              **DEFENDANTS**


### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States

Magistrate Judge F. Keith Ball entered on April 25, 2012 [Docket No. 42], which clearly notified

the respective parties in the above-styled and numbered cause that failure to file written objections

to the findings and recommendations contained therein within fourteen (14) days from the date of

filing would bar further appeal in accordance with 28 U.S.C. § 636 and Fed. R. Civ. P. 72(b)(2).

This Court, finding that there has been no submission of written objections by any party, hereby

adopts said Report and Recommendation as the order of this Court and grants the defendants'

motions for summary judgment [Docket Nos. 34 and 41].

SO ORDERED, this the 21st day of May, 2012.


s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE